NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERTO RIVERA,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

**DEPARTMENT OF VETERANS AFFAIRS,**

*Intervenor*

---

2022-1330

---

Petition for review of the Merit Systems Protection Board in No. NY-0714-21-0158-I-1.

---

## O R D E R

Upon consideration of the parties' joint stipulation to dismiss this petition and for the Merit Systems Protection Board to reopen Mr. Rivera's matter for further adjudication,

IT IS ORDERED THAT:

(1) The petition is dismissed consistent with the parties' agreement.

2                                                         RIVERA v. MSPB

(2)  Each party shall bear its own costs.

FOR THE COURT

April 4, 2022                            /s/ Peter R. Marksteiner
    Date                                  Peter R. Marksteiner
                                          Clerk of Court

ISSUED AS A MANDATE: April 4, 2022